FILED by ___ D.C.
ELECTRONIC

**January 6, 2009**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

CASE NO.

## 09-CV-60027-Zloch-Snow

GREEN BULLION FINANCIAL SERVICES, LLC, :
a Florida Limited Liability Company, :

             Plaintiff, :

           v. :

MONEY4GOLD HOLDINGS INC., a Delaware :
Corporation; CYBERPLEX INC. a/k/a CX :
DIGITAL MEDIA INC. a/k/a INCENTACLICK :
MEDIA GROUP LLC, a Canadian Corporation; and :
DOES 1 – 10, :

             Defendants. :

**COMPLAINT**

## COMPLAINT

Plaintiff Green Bullion Financial Services, LLC d/b/a Cash4Gold ("Cash4Gold"

or "Plaintiff"), by its attorneys, as and for its Complaint against Defendants Money4Gold

Holdings Inc. ("Money4Gold"), Cyberplex Inc. a/k/a CX Digital Media Inc. a/k/a Incentaclick

Media Group LLC ("Incentaclick"), and the Does 1 – 10 (the "Doe Defendants") (collectively

"Defendants"), alleges as follows:

### NATURE OF THE ACTION

1. Defendant Money4Gold started a business with the stated intent to

capitalize on the market created by Cash4Gold by duplicating Cash4Gold's business model and

marketing strategy. Apparently unsatisfied with the revenues garnered from its copycat business,

Money4Gold, together with its Internet marketing company, Incentaclick, launched an Internet

marketing campaign to deceive consumers into believing they are doing business with

Cash4Gold when, in fact, they are surreptitiously taken to one of Money4Gold's websites, thus

fraudulently diverting web traffic and potential customers away from Cash4Gold. Cash4Gold is seeking monetary and injunctive relief arising from Money4Gold's and Incentaclick's blatant copyright infringement, false designation of origin, false advertising, common law unfair competition, violation of the Anti-Cyberpiracy Consumer Protection Act, and violation of the Florida Unfair and Deceptive Trade Practices Act, § 501.201 et seq.

## PARTIES

2.      Plaintiff is a Florida Limited Liability Company located in Pompano Beach, Florida. Plaintiff operates the business known under the brand and mark CASH4GOLD and the website located at www.cash4gold.com

3.      Defendant Money4Gold Holdings Inc. is a publicly traded Delaware Corporation with its principal place of business located at 595 South Federal Highway, Suite 600, Boca Raton, Florida 33432.

4.      Defendant Cyberplex Inc. a/k/a CX Digital Media Inc. a/k/a Incentaclick Media Group LLC is, on information and belief, a Canadian corporation with a place of business located at Sunroad Corporate Center, 4445 Eastgate Mall, 2nd Floor, San Diego, California 92121.

5.      On information and belief, CX Digital Media Inc. a/k/a Incentaclick Media Group LLC is a division of Cyberplex Inc. and is located at Sunroad Corporate Center, 4445 Eastgate Mall, 2nd Floor, San Diego, California 92121.

6.      On information and belief, the Doe Defendants are individuals or entities additionally responsible and liable for the acts complained of herein. The identities of the various Does Defendants are not known to Cash4Gold and cannot be currently known. The Complaint will be amended to include the names of these individuals and/or entities when these are disclosed by Defendants or otherwise discovered by Cash4Gold.

## JURISDICTION AND VENUE

7.      This action arises under the Copyright Act of 1976, 17 U.S.C.§ 101 et

seq., federal unfair competition, and false advertising under Section 43(a) of the Lanham Act, 15

U.S.C. § 1125(a) and (d), and Florida's Unfair and Deceptive Trade Practices Act, Fla. Stat.

§§ 501.201 et seq. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331,

1338, and 1367, and pursuant to the doctrine of supplemental jurisdiction.

8.      This Court has personal jurisdiction over Money4Gold because its

principal place of business is located in the State of Florida.

9.      This Court has personal jurisdiction over Incentaclick because, on

information and belief, Incentaclick is doing or transacting business with Money4Gold in the

State of Florida, giving rise to the claims asserted herein.

10.     Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b) and (c).

## FACTUAL ALLEGATIONS

**Cash4Gold Develops a**
**Unique Twist on a Traditional Business Model**

11.     Cash4Gold's business, launched in 2007, is an innovative twist on an old

concept practiced by pawnbrokers and jewelry exchanges from *time immemorial:* selling one's

unwanted jewelry in exchange for money.  Instead of requiring customers to make an in-person

visit to traditional "brick and mortar" pawn shops or jewelry exchanges, Cash4Gold enables

consumers to sell their unwanted jewelry through the Cash4Gold Website located at the domain

name www.cash4gold.com (the "Cash4Gold Website").

12.     Customers visiting the Cash4Gold Website fill out an online form and

request a "Refiner's Return Kit" to be sent to their mailing address.  After receiving the Refiner's

Return Kit in the mail, customers then deposit their unwanted gold, silver, or platinum into the Refiner's Return Kit and send it to Cash4Gold's headquarters in Florida.

13.     Upon receipt of the customer's Refiner's Return Kit, Cash4Gold evaluates the gold to determine what price should be given to the customer, and provides payment to the customer by sending a check to the customer, or by depositing the payment directly into the customer's bank account. The relationship between Cash4Gold and its customers is governed by the original and proprietary Terms and Conditions on the Cash4Gold Website.

14.     Cash4Gold, which has its own refining facility in Florida, recycles the product purchased from its customers, eliminating the need for brokers and middlemen. Cash4Gold's unique status as a direct purchaser and precious metals refiner is an important selling point to its customers.

15.     Cash4Gold's business, by all accounts, has been a lightning success.

**Cash4Gold Achieves Widespread Recognition**
**For Its Innovative Business Under the Mark CASH4GOLD**

16.     Since 2007, Cash4Gold has used the mark CASH4GOLD in commerce, including in the State of Florida, to designate the source of its precious metal refining and scrap dealership services ("CASH4GOLD Mark"). The mark is prominently displayed on the Cash4Gold Website, in nationwide television advertisements, in print media, and Internet advertising.

17.     Since 2007, Cash4Gold has used the distinctive Cash4Gold Logo shown below in commerce, including in the State of Florida, to designate the source of its precious metal refining and scrap dealership services (the "Cash4Gold Logo"). The Cash4Gold Logo is prominently displayed on the Cash4Gold Website, in nationwide television advertisements, in print media, and Internet advertising.



18.     Cash4Gold has expended significant resources to promote the Cash4Gold Website, its services and the CASH4GOLD brand. Those efforts have been fruitful. Cash4Gold is now the largest gold buyer online with over 50,000 transactions each month. The goodwill generated by the use of the CASH4GOLD mark from the business community and the general public has been and is substantial.

19.     Cash4Gold has received recognition from prominent business publications and media for its innovative business model. *Forbes* named Cash4Gold a company to watch in its December 2007 publication. NBC's television program *Good Company Today* featured and recommended Cash4Gold to consumers. The company from which Cash4Gold was derived, Albar Precious Metal Refining, was listed in *Inc. 500* magazine in 2006 and 2007 as one of the fastest growing 500 companies in America.

20.     Another example of Cash4Gold's widespread fame is the response to its nationwide television advertising campaign. A recent edition of the *Jordan Whitney Greensheet Review*, which monitors, critiques, and rates direct response television commercials reported that Cash4Gold's television commercials are the second most popular direct response television advertisements on television today in the United States.

21.     The tremendous goodwill and widespread recognition that Cash4Gold has received from the business community and consuming public has launched Cash4Gold into today's pop culture vernacular. Bob Costas, the master of ceremonies for an awards show in November 2008, referred to Cash4Gold in his humorous opening remarks. Mr. Costas, referring

to the economy, quipped, "I don't want anyone to panic, but Michael Phelps asked me what I knew about cash4gold.com." The *New York Times* reported on the awards presentation on November 18, 2008, and quoted Mr. Costas' humorous line about Cash4Gold in the Media and Advertising section.

22.     As a result of the extant activities of Cash4Gold, including the continuous and extensive promotion of the Cash4Gold Website and the services offered under the CASH4GOLD Mark and Cash4Gold Logo, the CASH4GOLD Mark and Logo have become well and favorably known to the relevant public and have been and are associated with Cash4Gold.

**The Cash4Gold Website**

23.     The Cash4Gold Website is the face and centerpiece of Plaintiff's e-commerce business and the focal point of its advertising campaign. Cash4Gold directs consumers to its website to obtain information about the company, obtain information about the process for selling their unwanted jewelry, and to conduct a business transaction with Cash4Gold.

24.     Employees of Cash4Gold began creating the Cash4Gold Website in 2007. The website is a work made for hire within the meaning of Section 101 of the Copyright Act, and as such was owned and controlled in the first instance by Cash4Gold.

25.     Cash4Gold has complied in all respects with the Copyright Act by making all necessary filings with the Register of Copyrights in order to secure the exclusive rights and privileges in and to the copyright in the Cash4Gold Website. Cash4Gold has received from the Register of Copyrights a certificate of registration for the Cash4Gold Website dated October 16, 2008, and identified as "CASH4GOLD.COM WEBSITE" (TXu001586513). A copy of the Certificate of Registration is attached to the Complaint as Exhibit 1.

26.    Cash4Gold has also applied for registration of the version of the Cash4Gold Website that was completed in or about August 31, 2008. A copy of the application submitted to the Copyright Office for this work is attached to the Complaint as Exhibit 2.

**The Cash4Gold Computer Program**

27.    The Cash4Gold Website is powered by source code developed by Michael Scherenberg ("Scherenberg"). Scherenberg began developing the source code for the Cash4Gold Website in 2007.

28.    Scherenberg has assigned to Cash4Gold, by written transfer, all copyright rights in and to the source code for the Cash4Gold Website ("Computer Program") within the meaning of Section 201 of the Copyright Act.

29.    Cash4Gold has complied in all respects with the Copyright Act by making all necessary filings with the Register of Copyrights in order to secure the exclusive rights and privileges in and to the Computer Program. Cash4Gold has received from the Register of Copyrights a certificate of registration for the Computer Program dated October 16, 2008, and identified as "COMPUTER PROGRAM" (TXu001586514). A copy of the Certificate of Registration is attached to the Complaint as Exhibit 3.

30.    Cash4Gold has also applied for registration of the version of the Computer Program that was completed in or about August 31, 2008. A copy of the application submitted to the Copyright Office for this work is attached to the Complaint as Exhibit 4.

**Money4Gold Launches its Copycat Business**

31.    In the third quarter of 2008, following the notable success of Cash4Gold, Money4Gold started a copycat business. On information and belief, Money4Gold selected the name Money4Gold to evoke in the minds of investors and consumers the cache and reputation of the established market leader, Cash4Gold.

32.    On information and belief, Money4Gold, through a web of seemingly independent websites, purchases jewelry from consumers containing gold, silver, platinum, palladium, and other items containing precious metals, sends these items to a third party precious metals refiner, and then sells the refined metals.

33.    Money4Gold's customers fill out an online form and request a "G-Pak" to be sent to their mailing address. After receiving the G-Pak in the mail, customers then deposit their jewelry and other items containing precious metals into the G-Pak, which is ultimately sent to Money4Gold.

34.    On information and belief, upon receipt of the customer's G-Pak, Money4Gold analyzes the jewelry, assigns a value to them, and provides payment to the customer by sending a check to the customer.

35.    On information and belief, Money4Gold then sends the valuables to Republic Metals, a refinery with which Money4Gold has a "direct relationship," to be treated and refined.

**Money4Gold Announces to Investors its Intent
to Capitalize on the Goodwill of Cash4Gold**

36.    October 20, 2008, Money4Gold issued a report by Beacon Equity Research in an attempt to procure more investors for its business (the "Beacon Report"). The Beacon Report describes Money4Gold's intent to capitalize on Cash4Gold's goodwill by launching Internet advertising campaigns to bombard consumers with scores of confusing websites (collectively "Money4Gold Websites").

37.    The Beacon Report expressly acknowledges that Cash4Gold is the industry leader, stating:

> [Money4Gold's] closest peer is privately-held Cash4Gold, a
> subsidiary of Albar Precious Metal Refining Inc.

> Cash4Gold/Albar was recognized in Entrepreneur magazine's "Hot 500" list for the fastest-growing companies in 2007 and is the only precious metal refiner ever to reach that ranking. Cash4Gold has served thousands of customers and advertises its business on national television spots and satellite radio.

38.     The Beacon Report describes Money4Gold's intent to capitalize on Cash4Gold's marketing efforts:

> Cash4Gold's marketing spending, estimated at $3.0 million per quarter, indirectly benefits Money4Gold by increasing consumer awareness and the visibility of the precious metal recycling industry.

> [Money4Gold] is leveraging a model similar to Cash4Gold, using the Internet and other direct marketing tools to reach customers.

39.     On information and belief, and according to the Beacon Report, Money4Gold solicits customers through direct marketing channels, namely, its websites and toll-free telephone number. The Beacon Report describes Money4Gold's marketing strategy as follows:

> [Money4Gold] markets its services through www.dollars4gold.com and its other similarly named sites utilized for search engine optimization ...

> [Money4Gold] plans to build traffic on its sites by tapping an existing network of hundreds of affiliates controlled of [sic] one of its principal partners. Electronic marketing tools such as banners and contextual pop-ups will be distributed across the network on Web sites or sent as e-mails.

40.     On information and belief, Money4Gold has moved beyond merely capitalizing on the market created by Cash4Gold. Money4Gold is now actively siphoning Cash4Gold's goodwill by, inter alia, creating and using "spoof" websites designed to mimic Cash4Gold's Website, and re-direct Internet users who think they are at Cash4Gold's Website to Money4Gold's Websites.

**Money4Gold and Incentaclick "Spoof" Cash4Gold's Website**
**to Divert Traffic to Money4Gold's Websites**

41.     On information and belief, as part of its stated affiliate marketing strategy, Money4Gold together with Defendant Incentaclick and the Doe Defendants are using Cash4Gold's trademarks and copyrighted material, and are making false statements in "spoof" websites designed to trick consumers into believing they are on Cash4Gold's website when, in fact, the consumer is on one of the Money4Gold Websites.

42.     On information and belief, Defendant Incentaclick is a performance-based online marketing company that does business under the names "Incentaclick" and "CX Digital Media" with a website located at www.incentaclick.com.

43.     On information and belief, advertisers, like Money4Gold, compensate Incentaclick to design, find and place their advertisements on websites that are calculated by Incentaclick to provide maximum exposure to Internet users. These websites are often called "affiliates" or "publishers". On further information and belief, the fee amount earned by Internet marketing companies like Incentaclick is based on the website traffic generated by the affiliates.

44.     On information and belief, Incentaclick has a contractual relationship with Money4Gold pursuant to which Incentaclick implements and controls an affiliate online advertising network for Money4Gold. On further information and belief, as part of this contractual relationship, Money4Gold compensates Incentaclick for orchestrating an Internet-based marketing campaign that uses affiliated websites to drive Internet consumers to Money4Gold's Websites.

45.     On information and belief, Incentaclick compensates affiliates who place advertisements on their websites. The fees paid to affiliates are based on a variety of methods, including the number of times an Internet user accesses the website and clicks on the

advertisement, or the number of sales through the advertisement. On information and belief, some of the Doe Defendants are affiliates or publishers.

46.     On information and belief, Incentaclick designs, owns and controls websites on which advertisements are placed, and acts as an affiliate in some instances. Incentaclick boasts on its website that "All of its publishers go through a '5 step' rigorous process to ensure quality, appropriate content, and categorization." On further information and belief, Incentaclick has direct control over the content of affiliate websites.

47.     Incentaclick derives a direct financial benefit based on the number of Internet users who see, click on, or purchase services through the advertisements that Incentaclick designs, places, and controls.

48.     On information and belief, and in accordance with its stated marketing strategy, Money4Gold, together with Incentaclick, purchase advertisements to appear on search engine websites as "sponsored links," which are triggered when a consumer enters a keyword (e.g. "Cash4Gold") into a search engine, such as Google. These sponsored links often include the mark CASH4GOLD.COM.

49.     When consumers click on the sponsored link advertisements, consumers are directed to a "spoofed" website titled "Cash4Gold.com" which is designed to appear to be Cash4Gold's website (the "Spoofed Site"). A copy of one of the Spoofed Sites is attached hereto as Exhibit 5.

50.     The Spoofed Site corresponds to several urls, including http://www.tvofferstoday.com/www.Cash4Gold.com.html; http://www.cash4goldnow.net/Cash4Gold.com.html; http://www.tv-offers-today.com/www.Cash4Gold.com.html.

51.     On information and belief, Money4Gold and Incentaclick own, control and/or created the Spoofed Site. On further information and belief, Money4Gold and Incentaclick use Cash4Gold's trademarks and copyrighted material, and make false and misleading statements on the Spoofed Site in an attempt to confuse customers into believing that they are on Cash4Gold's website when, in fact, they are on a website owned or controlled by Money4Gold and/or Incentaclick.

52.     For example, Money4Gold and Incentaclick prominently use the mark CASH4GOLD.COM in large capital letters as the title of the Spoofed Site in an effort to confuse customers into believing that they are on the Cash4Gold Website located at www.cash4gold.com.

53.     Further, the content on the Spoofed Site includes text and graphics copied directly from the Cash4Gold copyrighted Website. The Spoofed Site identifies "3 Easy Steps" to participate in the service. The website content describing the "3 Easy Steps" is a virtual replica of the "3 Easy Steps" from the copyrighted Cash4Gold Website.

54.     Money4Gold's blatant copying of Cash4Gold's copyrighted materials is further illustrated by the instructions on the Spoofed Site, which prompt consumers to order a "Refiner's Pak." Money4Gold terms its mailing pouch a "G-Pak." Cash4Gold's materials are called a "Refiner's Return Kit."

55.     The Spoofed Site also prominently displays the CASH4GOLD.COM mark and domain name in the upper left-hand corner of the browser bar in an effort to further confuse customers into falsely believing that they are on the Cash4Gold Website located at www.cash4gold.com, when they are not.

56.     The Spoofed Site includes false and misleading statements to confuse customers and imbue Money4Gold with attributes that are important to customers but that Money4Gold does not actually possess. One such misleading statement is the inclusion of the *Inc. 500* magazine logo on the Spoofed Site. This logo falsely communicates that Money4Gold has been featured in *Inc. 500* magazine when it has not. On information and belief, Money4Gold included this logo on the Spoofed Site to imbue itself with the cache of Cash4Gold and to confuse consumers about the source of the Spoofed Site.

57.     Based on Money4Gold's and Incentaclick's unauthorized use of Cash4Gold's trademarks and copyrighted materials, and their false and misleading statements on the Spoofed Site, consumers visiting the Spoofed Site are likely to mistakenly believe that they are utilizing the services of Cash4Gold. However, when consumers click on the buttons "Order Now" or "Get Your Free Kit" on the Spoofed Site, consumers are re-directed by Incentaclick's branded technology to one of the Money4Gold Websites, including the websites located at www.dollars4gold.com and www.fastcash4gold.net.

**Money4Gold's Infringing Websites**

58.     On information and belief, Money4Gold registered or caused to be registered several domain names to correspond to a variety of websites with infringing content and false and misleading statements designed to confuse consumers about the relationship between Money4Gold and Cash4Gold.

59.     On information and belief, as part of Money4Gold's stated marketing strategy to "market its services through www.dollars4gold.com and other similarly named sites utilized for search engine optimization," Money4Gold registered, or caused to be registered, and is using at least the following specific domain names to post infringing content and false and

misleading statements, and to use Cash4Gold's marks to confuse customers about the relationship between Money4Gold and Cash4Gold:

        (a)     FASTCASH4GOLD.NET

        (b)     THEMOSTCASH4GOLD.COM

        (c)     DOLLARS4GOLD.COM.

## FASTCASH4GOLD.NET

60.     On information and belief, Money4Gold uses the www.fastcash4gold.net website to post false and misleading statements to confuse customers and imbue Money4Gold with attributes that are important to customers but that Money4Gold does not actually possess.

61.     On information and belief, the FASTCASH4GOLD.NET domain name was registered on September 25, 2008 to Daniel Brauser of 595 South Federal Highway, Suite 600, Miami Beach, FL.

62.     On information and belief, and according to the Beacon Report, Daniel Brauser is the President, Chief Operating Officer, Chief Financial Officer, and Director of Money4Gold, and registered the FASTCASH4GOLD.NET domain name on behalf of Money4Gold.

63.     On information and belief, Money4Gold states on the www.fastcash4gold.net website that it was featured in *USA Today* and uses the *USA Today* logo to falsely communicate that it has been featured in an article by *USA Today*, when it has not.

64.     On further information and belief, Money4Gold states that it was featured in *USA Today* and uses the *USA Today* logo to inter alia, confuse customers about the relationship between Cash4Gold, which his been featured in *USA Today*, and Money4Gold, which has not.

65.     On information and belief, Money4Gold is using the "As Seen on TV" logo on the www.fastcash4gold.net website to falsely communicate that it advertises on television, when it does not.

66.     On further information and belief, Money4Gold is using the "As Seen on TV" logo to inter alia, confuse customers about the relationship between Cash4Gold, which is well recognized for its television advertisements, and Money4Gold, which, on information and belief, does not advertise on television.

## THEMOSTCASH4GOLD.COM

67.     On information and belief, Money4Gold is using the CASH4GOLD mark and Cash4Gold Logo on the www.themostcash4gold.com website to confuse customers about the relationship between Money4Gold and Cash4Gold, and is using the website to post false and misleading statements to confuse customers and imbue Money4Gold with attributes that are important to customers but that Money4Gold does not actually possess.

68.     On information and belief, the THEMOSTCASH4GOLD.COM domain name was privately registered through Moniker Privacy Services on September 2, 2008.

69.     On information and belief, the true registrant of the THEMOSTCASH4GOLD.COM domain name is Money4Gold, or the true registrant registered the THEMOSTCASH4GOLD.COM domain name on behalf of Money4Gold.

70.     On information and belief, Money4Gold registered, or caused to be registered, and is using the THEMOSTCASH4GOLD.COM domain name with the bad faith intent to profit from the CASH4GOLD mark and distinctive Cash4Gold Logo by diverting consumers seeking the Cash4Gold Website located at www.cash4gold.com to Money4Gold's website. The THEMOSTCASH4GOLD.COM domain name is virtually identical to the

CASH4GOLD Mark and Logo except for the addition of the article "the" and the superlative "most."

71.    On information and belief, Money4Gold is using the CASH4GOLD mark and the distinctive Cash4Gold Logo on the www.themostcash4gold.com website to confuse customers into falsely believing that they are on a website that is associated, affiliated or connected with Cash4Gold when in fact they are on a website owned and controlled by Money4Gold. The similarities between Money4Gold's logo and the Cash4Gold Logo are striking.



72.    On further information and belief, Money4Gold is using the CASH4GOLD mark and distinctive Cash4Gold Logo to *inter alia*, confuse customers about the relationship between Money4Gold and Cash4Gold. A copy of the home page for the www.themostcash4gold.com website is attached hereto as Exhibit 6.

73.    Money4Gold states on the www.themostcash4gold.com website that it is "the #1 Gold Refiner in the U.S." to falsely communicate that TheMostCash4Gold.com is a precious metals refinery, when it is not. On further information and belief, Money4Gold states that it is "the #1 Gold Refiner in the U.S." to <u>inter alia</u>, confuse customers about the relationship between Money4Gold and Cash4Gold.

74.    On information and belief, Money4Gold posts false glowing consumer testimonials about their alleged experiences with www.themostcash4gold.com. For example, the following customer testimonial posted on the www.themostcash4gold.com website purports to

be from "Karen H." from "Le Center, MN," and refers to "TheMostCash4Gold," but the

identical customer testimonial appears on the www.dollars4gold.com website referring to

"Dollars4Gold":

> From the www.themostcash4gold.com website testimonials:
>
> I was happy with my experience with **TheMostCash4Gold**.  I was just cleaning out my jewelry box of unwanted and unworn items that a person just can't throw away, and it's too inconvenient to run to a jeweler who buys such items.  It was fast and the amount was suitable for the few things I sent in.  I probably won't have anything else for a while, but I'll keep you in mind for when I do. Thanks.
>
> From the www.dollars4gold.com website testimonials:
>
> I was happy with my experience with **Dollars4Gold**.  I was just cleaning out my jewelry box of unwanted and unworn items that a person just can't throw away, and it's too inconvenient to run to a jeweler who buys such items.  It was fast and the amount was suitable for the few things I sent in.  I probably won't have anything else for a while, but I'll keep you in mind for when I do. Thanks.

75.     Other testimonials on the www.themostcash4gold.com website are

identical to testimonials on the www.dollars4gold.com website, indicating the testimonials are

fabricated and not genuine consumer feedback.

**DOLLARS4GOLD.COM**

76.     On information and belief, the content available at www.dollars4gold.com

includes false and misleading statements to confuse customers and imbue Money4Gold with

attributes that are important to customers but that Money4Gold does not actually possess.

77.     On information and belief, the DOLLARS4GOLD.COM domain name

was registered on May 26, 2007 to Money4Gold W.Y., Inc. of 970 West Broadway, #492,

Jackson, Wyoming, and the Administrative Contact for the domain name is Daniel Brauser.

78. On information and belief, and according to the Beacon Report, Daniel Brauser is the President, Chief Operating Officer, Chief Financial Officer, and Director of Money4Gold, and registered the DOLLARS4GOLD.COM domain name on behalf of Money4Gold.

79. On information and belief, Money4Gold is using the "As Seen on TV" logo on the www.dollars4gold.com website to falsely communicate that it advertises on television, when it does not.

80. On further information and belief, Money4Gold is using the "As Seen on TV" logo to inter alia, confuse customers about the relationship between Cash4Gold, which is well recognized for its television advertisements, and Money4Gold, which, on information and belief, does not advertise on television.

81. On information and belief, Money4Gold posts false statements and testimonials about customers' experiences with www.dollars4gold.com to falsely communicate that customers have used www.dollars4gold.com, when they have not. For example, the following customer testimonial posted on the www.dollars4gold.com website purports to be from "Karen H." from "Le Center, MN," and refers to "Dollars4Gold," but the identical customer testimonial appears on the www.themostcash4gold.com website referring to "TheMostCash4Gold":

> From the www.dollars4gold.com website testimonials:
>
> I was happy with my experience with **Dollars4Gold**. I was just cleaning out my jewelry box of unwanted and unworn items that a person just can't throw away, and it's too inconvenient to run to a jeweler who buys such items. It was fast and the amount was suitable for the few things I sent in. I probably won't have anything else for a while, but I'll keep you in mind for when I do. Thanks.
>
> From the www.themostcash4gold.com website testimonials:

I was happy with my experience with **TheMostCash4Gold**. I was just cleaning out my jewelry box of unwanted and unworn items that a person just can't throw away, and it's too inconvenient to run to a jeweler who buys such items. It was fast and the amount was suitable for the few things I sent in. I probably won't have anything else for a while, but I'll keep you in mind for when I do. Thanks.

82.    Other testimonials on thewww.dollars4gold.com website are identical to testimonials on the www.themostcash4gold.com website, indicating the testimonials are fabricated and not genuine consumer feedback.

## FIRST CLAIM FOR RELIEF
### (Copyright Infringement)

### (Against All Defendants)

83.    Plaintiff repeats and realleges the allegations of paragraphs 1 through 82 of this Complaint as if fully set forth herein.

84.    The Cash4Gold Website and Computer Program are original works, copyrightable under 17 U.S.C. § 102. As lawful owner of the copyrights, Cash4Gold is entitled to, inter alia, "the exclusive rights to do and to authorize . . . [the reproduction of] the copyrighted work . . ." 17 U.S.C. § 106.

85.    Defendants' unauthorized copying of the Cash4Gold Website and Computer Program in interstate commerce constitutes an actual and threatened infringement of Cash4Gold's copyrights.

86.    The foregoing conduct on the part of Defendants constitutes willful copyright infringement in violation of the Copyright Act, 17 U.S.C. § 101 et seq.

87.    By reason for the foregoing acts of copyright infringement and threatened continued copyright infringement by Money4Gold, Incentaclick, and the Doe Defendants,

Cash4Gold has sustained and, if Money4Gold, Incentaclick, and the Doe Defendants are not enjoined, will continue to sustain substantial damages.

88.     Further, by reason of Money4Gold's, Incentaclick's, and the Doe Defendants' copyright infringement and threatened continued copyright infringement, Cash4Gold has sustained and, if Money4Gold's, Incentaclick's, and the Doe Defendants' acts are not enjoined, will continue to sustain irreparable harm for which no adequate remedy at law exists.

## SECOND CLAIM FOR RELIEF
### (Contributory Copyright Infringement)

### (Against All Defendants)

89.     Plaintiff repeats and realleges paragraphs 1 through 88 as though fully set forth herein.

90.     Money4Gold, Incentaclick, and/or the Doe Defendants directly and willfully infringed Cash4Gold's copyrighted works in violation of the Copyright Act, 17 U.S.C. § 101 et seq by copying the Cash4Gold Website without authorization.

91.     Money4Gold, Incentaclick, and the Doe Defendants knew or should have known of the unauthorized copying of Cash4Gold's website, which constituted infringement of Cash4Gold's copyrighted works in violation of the Copyright Act, 17 U.S.C. § 101 et seq.

92.     Money4Gold, Incentaclick, and the Doe Defendants materially contributed to the infringement of Cash4Gold's copyrighted works in violation of the Copyright Act, 17 U.S.C. § 101 et seq.

93.     By reason for the foregoing acts of contributory copyright infringement and threatened continued contributory copyright infringement by Money4Gold, Incentaclick, and

the Doe Defendants, Cash4Gold has sustained and, if Money4Gold, Incentaclick, and the Doe

Defendants are not enjoined, will continue to sustain substantial damages.

94.     Further, by reason of Money4Gold's, Incentaclick's, and the Doe

Defendants' contributory copyright infringement and threatened continued contributory

copyright infringement, Cash4Gold has sustained and, if Money4Gold's, Incentaclick's, and the

Doe Defendants' acts are not enjoined, will continue to sustain irreparable harm for which no

adequate remedy at law exists.

### THIRD CLAIM FOR RELIEF
### (Vicarious Copyright Infringement)

### (Against All Defendants)

95.     Plaintiff repeats and realleges paragraphs 1 through 94 as though fully set

forth herein.

96.     On information and belief, Money4Gold, Incentaclick, and the Doe

Defendants have the right and ability to control the Spoofed Website, the design and creation of

the Spoofed Website and the unauthorized copying of Cash4Gold's copyrighted materials

appearing on the Spoofed Website.

97.     Money4Gold, Incentaclick, and the Doe Defendants have an obvious and

direct financial interest in the unauthorized copying of the Cash4Gold Website, and the design

and creation of the Spoofed Website.  On information and belief, Money4Gold profits from

consumers who visit the Spoofed Website and utilize Money4Gold's precious metal recycling

services.  On information and belief, Incentaclick, through its contractual relationship with

Money4Gold, profits from consumers who visit the Spoofed Website and utilize Money4Gold's

precious metal recycling services.  On information and belief, the Doe Defendants, through their

contractual relationship with Incentaclick, profit from consumers who visit the Spoofed Website and utilize Money4Gold's precious metal recycling services.

98.     By reason for the foregoing acts of vicarious copyright infringement and threatened continued vicarious copyright infringement by Money4Gold, Incentaclick, or the Doe Defendants, Cash4Gold has sustained and, if Money4Gold, Incentaclick, and the Doe Defendants are not enjoined, will continue to sustain substantial damages.

99.     Further, by reason of Money4Gold's, Incentaclick's, and the Doe Defendants' vicarious copyright infringement and threatened continued vicarious copyright infringement, Cash4Gold has sustained and, if Money4Gold's, Incentaclick's, and the Doe Defendants' acts are not enjoined, will continue to sustain irreparable harm for which no adequate remedy at law exists.

### FOURTH CLAIM FOR RELIEF
**(False Designation of Origin)**

**(Against All Defendants)**

100.    Plaintiff repeats and realleges paragraphs 1 through 99 as though fully set forth herein.

101.    Plaintiff's CASH4GOLD Mark and Cash4Gold Logo are distinctive when used in connection with Plaintiff's precious metal refining and scrap dealership services by virtue of Plaintiff's substantially exclusive and extensive use of the marks in commerce, Plaintiff's substantial advertising and promotional expenditures devoted to the CASH4GOLD Mark and Cash4Gold Logo and the unsolicited press received by Plaintiff for its services offered under these marks.

102.    Money4Gold's, Incentaclick's, and the Doe Defendants' use of the CASH4GOLD Mark and Cash4Gold Logo in advertisements, on websites, and on the Spoofed

Website constitutes a false designation of origin and a false representation that Money4Gold's services are sponsored, authorized, licensed by or are otherwise connected or affiliated with Cash4Gold, or come from the same source as Cash4Gold's precious metal refining and scrap dealership services in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

103.    Money4Gold's, Incentaclick's, and the Doe Defendants' use of the Spoofed Website to re-direct Internet users to websites owned and controlled by Money4Gold constitute a false designation of origin and a false representation that Money4Gold's services are sponsored, authorized, licensed by or are otherwise connected or affiliated with Cash4Gold, or come from the same source as Cash4Gold's precious metal refining and scrap dealership services in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

104.    On information and belief, Money4Gold's, Incentaclick's, and the Doe Defendants' activities are willful.

105.    As a direct and proximate results of Defendants' conduct, Plaintiff has sustained and will continue to sustain substantial damages.

106.    Further, as a result of Defendants' conduct described above, Plaintiff has sustained and will sustain irreparable injury for which no adequate remedy at law exists.

## FIFTH CLAIM FOR RELIEF
### (False Advertising)

### (Against All Defendants)

107.    Plaintiff repeats and realleges paragraphs 1 through 106 as though fully set forth herein.

108.    Money4Gold states that Money4Gold and/or the Money4Gold Websites were featured in an article in *USA Today* and use the *USA Today* logo on the Money4Gold

Websites to promote its precious metal recycling services to consumers, which Money4Gold renders in interstate commerce.

109.    Money4Gold's representation to consumers that Money4Gold and/or its Websites were featured in an article in *USA Today* is literally false because, on information and belief, neither Money4Gold nor any of its websites were featured in an article in *USA Today*, and were not featured in the *USA Today* article referenced on Money4Gold's Websites.

110.    Money4Gold's representation that Money4Gold and/or its Websites were featured in an article in *USA Today* is material and likely to deceive the consuming public because these representations and statements imbue Money4Gold with experience, attributes and cache that it does not in fact possess and that is likely to affect the purchasing decisions of relevant consumers.

111.    Money4Gold, Incentaclick, and the Doe Defendants use the *Inc. 500* magazine logo on the Spoofed Website to falsely communicate that Money4Gold has been featured in *Inc. 500* magazine, and to promote Money4Gold's precious metal recycling services to consumers, which Money4Gold renders in interstate commerce.

112.    Money4Gold's, Incentaclick's, and the Doe Defendants' use of the *Inc. 500* magazine logo on the Spoofed Website, and representation that Money4Gold has been featured in *Inc. 500* magazine is literally false because, on information and belief, Money4Gold has not been featured in *Inc. 500* magazine.

113.    Money4Gold's, Incentaclick's, and the Doe Defendants' use of the *Inc. 500* magazine logo on the Spoofed Website, and representation that Money4Gold has been featured in *Inc. 500* magazine is material and likely to deceive the consuming public because these representations and statements imbue Money4Gold with experience, attributes and cache

that it does not in fact possess and that is likely to affect the purchasing decisions of relevant consumers.

114. Money4Gold, Incentaclick, and the Doe Defendants use the "As Seen on TV" logo on the Spoofed Site and Money4Gold's websites to falsely communicate that Money4Gold advertises on television to promote its precious metal recycling services to consumers, which Money4Gold renders in interstate commerce.

115. Money4Gold's, Incentaclick's, and the Doe Defendants' use of the "As Seen on TV" logo and representation to consumers that Money4Gold advertises on television is literally false because, on information and belief, neither Money4Gold nor any of its Websites have been featured in television advertising.

116. Money4Gold's, Incentaclick's, and the Doe Defendants' use of the "As Seen on TV" logo and representation to consumers that Money4Gold advertises on television is material and likely to deceive the consuming public because these representations and statements imbue Money4Gold with attributes and cache that it does not in fact possess and that is likely to affect the purchasing decisions of relevant consumers.

117. Money4Gold uses identical customer testimonials on the Money4Gold Websites located at www.themostcash4gold.com and at www.dollars4gold.com to falsely communicate that customers who used the respective websites provided positive feedback to Money4Gold, and to promote Money4Gold's precious metal recycling services to consumers, which Money4Gold renders in interstate commerce.

118. Money4Gold's use of the customer testimonials on the websites located at www.themostcash4gold.com and www.dollars4gold.com, is literally false because, on

information and belief, the alleged customers did not provide the positive feedback to the respective Money4Gold Websites that Money4Gold represents to the public.

119. Money4Gold's use of the customer testimonials on both www.themostcash4gold.com and www.dollars4gold.com websites, and representation that such customers have used www.themostcash4gold.com and www.dollars4gold.com websites is material and likely to deceive the consuming public because these representations and statements imbue Money4Gold with experience, attributes and cache that it does not in fact possess and that is likely to affect the purchasing decisions of relevant consumers.

120. On information and belief, Money4Gold's, Incentaclick's, and the Doe Defendants' activities are willful.

121. The foregoing conduct on the part of Money4Gold, Incentaclick, and the Doe Defendants constitutes false advertising in violation of the Lanham Act, 15 U.S.C. § 1125(a).

122. As a direct and proximate result of Money4Gold's, Incentaclick's, and the Doe Defendants' conduct, Plaintiff has sustained and will continue to sustain substantial damages.

123. Further, as a result of Money4Gold's, Incentaclick's, and the Doe Defendants' conduct described above, Plaintiff has sustained and will sustain irreparable injury for which no adequate remedy at law exists.

## SIXTH CLAIM FOR RELIEF
### (Violation of Anti-Cyberpiracy Consumer Protection Act)

### (Against Money4Gold)

124. Plaintiff repeats and realleges paragraphs 1 through 123 as though fully set forth herein.

125.    On information and belief, Money4Gold, through Moniker Privacy Services, registered and/or uses the domain name THEMOSTCASH4GOLD.COM with the bad faith intent to profit from the CASH4GOLD mark by diverting consumers seeking Cash4Gold's Website located at the domain name www.cash4gold.com to Money4Gold's website. The THEMOSTCASH4GOLD.COM domain name is virtually identical and confusingly similar to Plaintiff's mark, CASH4GOLD.

126.    On information and belief, Money4Gold, through Moniker Privacy Services, registered and/or uses additional domain names incorporating the mark CASH4GOLD, including with the bad faith intent to profit from the CASH4GOLD mark by diverting consumers seeking Cash4Gold's Website to Money4Gold's website. These domain names are confusingly similar to Plaintiff's mark CASH4GOLD.

127.    Money4Gold's conduct creates a likelihood of consumer confusion because consumers will erroneously believe that Cash4Gold is associated, affiliated, connected with or sponsored by Money4Gold.

128.    At the time of Money4Gold's aforesaid conduct, Plaintiff's CASH4GOLD mark was and is distinctive.

129.    On information and belief, Money4Gold's conduct was willful and in bad faith.

130.    As a direct and proximate results of Money4Gold's conduct, Plaintiff has sustained and will continue to sustain substantial damages.

131.    Further, as a result of Money4Gold's conduct described above, Plaintiff has sustained and will sustain irreparable injury for which no adequate remedy at law exists.

## SEVENTH CLAIM FOR RELIEF
### (Florida Deceptive and Unfair Trade Practices)

### (Against Money4Gold)

132.    Plaintiff repeats and realleges paragraphs 1 through 131 as though fully set forth herein.

133.    Cash4Gold and Money4Gold are competitors in the market for purchasing precious metals, and both do so through use of the Internet. Money4Gold transacts business in the State of Florida, and advertises its services in the State of Florida through the use of, inter alia, the Internet and direct marketing collateral. Cash4Gold is a "consumer" within the meaning of § 501.203, Florida Statutes.

134.    Money4Gold's actions are contrary to fair and honest commercial practices in the marketplace. Such actions are likely to deceive customers as to the true nature of Money4Gold and its business and are likely to confuse consumers into thinking that Money4Gold's services are sponsored, authorized, licensed by or are otherwise connected or affiliated with Cash4Gold, or come from the same source as Cash4Gold's precious metal refining and scrap dealership services.

135.    Money4Gold has willfully and intentionally committed these unlawful acts in violation of the Florida Deceptive and Unfair Trade Practices Act, § 501.201 et seq.

136.    As a direct and proximate result of Money4Gold's conduct, Plaintiff has sustained and will continue to sustain substantial and actual damages.

137.    Further, as a result of Money4Gold's conduct described above, Plaintiff has sustained and will sustain irreparable injury for which no adequate remedy at law exists.

## EIGHTH CLAIM FOR RELIEF
### (Common Law Unfair Competition)

### (Against all Defendants)

138.   Cash4Gold repeats and realleges paragraphs 1 through 137 as though fully set forth herein.

139.   Defendants' conduct described herein is likely to deceive customers as to the true nature of Money4Gold and its business and is likely to confuse consumers into thinking that Money4Gold's services are sponsored, authorized, licensed by or are otherwise connected or affiliated with Cash4Gold, or come from the same source as Cash4Gold's precious metal refining and scrap dealership services.

140.   Defendants' conduct is willful and intentional.

141.   As a direct and proximate result of Defendants' conduct, Cash4Gold has sustained and will continue to sustain substantial damages.

142.   Further, as a result of Defendants' conduct described above, Cash4Gold has sustained and will sustain irreparable injury for which no adequate remedy at law exists.

### PRAYER FOR RELIEF

WHEREFORE, Cash4Gold prays for judgment against Defendants as follows:

(a)   A preliminary and permanent injunction:

(i)   prohibiting and enjoining Defendants, their officers, directors, agents, servants, employees, subsidiaries, affiliates, assigns and licensees, and anyone in active concert or participation with any of them from further copying of the Cash4Gold Website and Computer Program;

(ii)     prohibiting and enjoining Defendants, their officers, directors, agents, servants, employees, subsidiaries, affiliates, assigns and licensees, and anyone in active concert or participation with any of them from:

(1)     using the CASH4GOLD Mark and Cash4Gold Logo;

(2)     infringing the CASH4GOLD Mark and Cash4Gold Logo;

(3)     representing that Money4Gold or any of its websites were featured in *USA Today* or *Inc. 500* magazine;

(4)     representing that Money4Gold advertises on television;

(5)     representing that customers provided feedback to specific Money4Gold Websites that was not actually provided;

(6)     unfairly competing with Plaintiff.

(b)     Ordering Defendants to destroy all materials embodying the Cash4Gold Website or Computer Program, including all copies of the software and all programs embodying the Cash4Gold Website or Computer Program in Defendants' possession or control;

(c)     Ordering Defendants to deliver to Plaintiff for immediate destruction all advertising, marketing and promotional materials of any kind in Defendants' possession, custody or control bearing the any of the Cash4Gold Marks pursuant to 15 U.S.C. § 1118;

(d)     Ordering Defendants to transfer to Plaintiff ownership and control of all domain names incorporating the mark CASH4GOLD.

(e)     Requiring Defendants to account for and pay over to Plaintiff all gains, profits and advantages derived from Defendants' wrongful acts;

(f)     Awarding compensatory damages in an amount to be proven at trial or applicable statutory damages;

(g)     The costs and disbursements of this action;

(h)     An award of reasonable attorneys' fees;

(i)     An award of treble damages;

(j)     An award of punitive damages; and

(k)     Such other and further relief as the Court deems just and proper.

## JURY TRIAL DEMAND

Plaintiff demands a trial by jury on all issues so triable.

Dated: January 6, 2009

Respectfully submitted,

KENNETH A. HORKY
Florida Bar No. 691194
horkyk@gtlaw.com
JOHN L. MCMANUS
Florida Bar No. 0119423
mcmanusj@gtlaw.com
GREENBERG TRAURIG, P.A.
401 E. Las Olas Boulevard
Suite 2000
Fort Lauderdale, FL 33301
Tel. (954) 768-8245
Fax (954) 765-1477

--and--

HARA K. JACOBS
jacobsh@ballardspahr.com
*Application for Admission Pro Hac Vice Filed*
TROY E. LARSON
larsont@ballardspahr.com
*Application for Admission Pro Hac Vice Filed*
STEVEN D. KIM
kims@ballardspahr.com
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
(215) 665-8500
(215) 864-9999 (Facsimile)

Attorneys for Green Bullion Financial
Services, LLC

# Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**TXu 1-586-513**

**Effective date of
registration:**

October 16, 2008

## Title

**Title of Work:** CASH4GOLD COM WEBSITE

## Completion/Publication

**Year of Completion:** 2008

## Author

- **Author:** Cash4Gold, LLC
  **Author Created:** Text, photographs and compilation

  **Work made for hire:** Yes
  **Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Cash4Gold, LLC
1701 Blount Road, Pompano Beach, FL, 33069, United States

## Certification

**Name:** John Christopher
**Date:** October 15, 2008

**Correspondence:** Yes

Page 1 of 1

IPN#: 

Registration #:  TXU001586513

Service Request #:  1-120419437

Christopher & Weisberg, P A
To whom it may concern
200 East Las Olas Boulevard
Suite 2040
Fort Lauderdale, FL 33301  United States

# Exhibit 2

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at www.copyright.gov, write the Copy-
right Office, or call (202) 707-3000.

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| | TX | TXU |
|---|---|---|

EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |
|---|---|---|

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS WORK ▼
CASH4GOLD WEBSITE

PREVIOUS OR ALTERNATIVE TITLES ▼
www.cash4gold.com

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼      Number ▼      Issue Date ▼      On Pages ▼

**2**

**a**

NAME OF AUTHOR ▼
Cash4Gold, LLC

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶_____
    { Domiciled in▶_____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes ☑ No
Pseudonymous?   ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Website text, images, compilation.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶_____
    { Domiciled in▶_____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶_____
    { Domiciled in▶_____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
2008 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.
Month ▶ August   Day ▶ 31   Year ▶ 2008
United States   ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Cash4Gold, LLC
1701 Blount Road
Pompano Beach, FL 33069

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

| EXAMINED BY | FORM TX |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

**a.** ☐ This is the first published edition of a work previously registered in unpublished form.

**b.** ☐ This is the first application submitted by this author as copyright claimant.

**c.** ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▶       **Year of Registration** ▶

THIS REGISTRATION IS MADE TO CORRECT TXu001586513, WHICH WAS INCORRECTLY MADE AS UNPUBLISHED

**5**

**DERIVATIVE WORK OR COMPILATION**
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Incorporates prior versions of website and includes images used by license or by permission, as well as HTML and software coding claimed in separate registration.

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Entire website, including text, illustrations, compilation, HTML and software coding.

**6**

a

b

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                **Account Number** ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Hara K. Jacobs, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor, Philadelphia, PA 19103

Area code and daytime telephone number ▶ (215) 864-8209          Fax number ▶ (215) 864-9504

Email ▶  jacobsh@ballardspahr.com

b

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Cash4Gold, LLC

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Hara K. Jacobs, Esquire                                    Date ▶ November 25, 2008

Handwritten signature ▼

*[signature]*

**Certificate will be mailed in window envelope to this address:**

| Name ▼ |
|---|
| Hara K. Jacobs, Esquire |
| Number/Street/Apt ▼ |
| Ballard Spahr Andrews & Ingersoll, LLP, 1735 Market Street, 51st Floor |
| City/State/Zip ▼ |
| Philadelphia, PA 19103 |

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6222

**9**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form TX – Full   Rev. 11/2006   Print: 11/2006 — 30,000   Printed on recycled paper                    U.S. Government Printing Office: 2006-xx-xxx/60,xxx

# Exhibit 3

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## TXu 1-586-514

**Effective date of
registration:**

October 16, 2008

## Title

**Title of Work:** COMPUTER PROGRAM

## Completion/Publication

**Year of Completion:** 2008

## Author

**Author:** Cash4Gold, LLC

**Author Created:** computer program

**Work made for hire:** Yes

**Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Cash4Gold, LLC

1701 Blount Road, Pompano Beach, FL, 33069, United States

## Certification

**Name:** Jeff Aronson

**Date:** October 15, 2008

Page 1 of 1

**IPN#:**

**Registration #:**   TXU001586514

**Service Request #:**   1-120407811

To whom it may concern
Christopher & Weisberg, P A
200 East Las Olas Blvd, Suite 2040
Fort Lauderdale, FL 33301  United States

# Exhibit 4

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU |

EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**
COMPUTER PROGRAM

**PREVIOUS OR ALTERNATIVE TITLES ▼**
www.cash4gold.com

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼        Number ▼              Issue Date ▼          On Pages ▼

**2**

**a** NAME OF AUTHOR ▼
Michael Scherenberg

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ United States
Domiciled in▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☑ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
HTML and software coding, and some contribution of text, compilation, and images.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
2008  ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ August     Day ▶ 31     Year ▶ 2008
United States  ◀ Nation

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Cash4Gold, LLC
1701 Blount Road
Pompano Beach, FL 33069

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Written transfer.

APPLICATION RECEIVED
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

|  | FORM TX |
|---|---|
| EXAMINED BY | |
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.

THIS REGISTRATION IS MADE TO CORRECT TXu001586514 WHICH WAS INCORRECTLY MADE AS UNPUBLISHED

If your answer is "Yes," give: Previous Registration Number ▶        Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Incorporates prior versions of website and includes images used by license or by permission; text claimed in separate registration.

**a**

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Entire website, including text, illustrations, compilation, HTML and software coding.

**b**

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼          Account Number ▼

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
Hara K. Jacobs, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor, Philadelphia, PA 19103

Area code and daytime telephone number ▶ (215) 864-8209    Fax number ▶ (215) 864-9504
Email ▶ jacobsh@ballardspahr.com

**b**

**7**

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Cash4Gold, LLC
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Hara K. Jacobs, Esquire          Date ▶ November 25, 2008

Handwritten signature ▼
Hara Jacob

**8**

Certificate will be mailed in window envelope to this address:
Name ▼ Hara K. Jacobs, Esquire
Number/Street/Apt ▼ Ballard Spahr Andrews & Ingersoll, LLP, 1735 Market Street, 51st Floor
City/State/Zip ▼ Philadelphia, PA 19103

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6222

**9**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form TX – Full  Rev. 11/2006  Print 11/2006 – 30,000  Printed on recycled paper          US Government Printing Office: 2006-xx-xxx/60,xxx

# Exhibit 5

www.Cash4Gold.com

http://www.tvoffertoday.com/www.Cash4Gold.com.html (1 of 3) [12/23/2008 12:16:06 PM]



# Cash4Gold.com

## 3 Easy Steps Below!



**1** Request your FREE, INSURED Refiner's Return Kit by clicking the "Order Now" button.

**2** Place your unwanted gold, silver or platinum jewelry in our secured envelope. Drop the pre-paid insured envelope at ANY convenient mail box at NO CHARGE!

**3** Sit back and relax. We'll be sending you either a check or by using our system your payment will be deposited into your checking account within 24 HOURS after material is processed!

100% Satisfaction Guaranteed!

Order Now

Need extra spending **money this Christmas?**

Turn those old trinkets into instant cash!

**Get your FREE Kit**



http://www.tvofferstoday.com/www.Cash4Gold.com.html (2 of 3) [12/23/2008 12:16:06 PM]

www.CashMGold.com





Secure Server



eTRUST



Inc.
50

**Order Now**

Privacy Policy

Contact Us



BBB



SATISFACTION

http://www.bvoffersstoday.com/www.CashGold.com.html (3 of 3) [12/23/2008 12:16:06 PM]

www.Cash4Gold.com



# Exhibit 6



# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I.(a) PLAINTIFFS**

GREEN BULLION FINANCIAL SERVICES, LLC, a Florida Limited Liability Company

**DEFENDANTS**

MONEY4GOLD HOLDINGS INC., a Delaware Corporation, CYBERPLEX INC. a/k/a CX DIGITAL MEDIA INC. a/k/a INCENTACLICK MEDIA GROUP LLC, a Canadian Corporation, and DOES 1-10

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF **BROWARD COUNTY, FLORIDA**
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT Broward County, Florida
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Kenneth A. Horky, Esq. and John L. McManus, Esq.
Greenberg Traurig, P.A.
401 East Las Olas Boulevard, Suite 2000
Fort Lauderdale, FL 33301
954-765-0500

ATTORNEYS (IF KNOWN)

0:09 CV 60027-ZlOch-LSS

**(d)** CIRCLE COUNTY WHERE ACTION AROSE:
DADE,   MONROE,   **BROWARD**,   PALM BEACH,   MARTIN,   ST. LUCIE,   INDIAN RIVER,   OKEECHOBEE HIGHLANDS

**II. BASIS OF JURISDICTION** (PLACE AN X IN ONE BOX ONLY)

- ☐ 1. U.S. Government Plaintiff
- ☒ 3. Federal Question (U.S. Government Not a Party)
- ☐ 2. Government Defendant
- ☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Case Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporation and Principal Place of Business in This State | ☐ 1 | ☐ 1 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporation and Principal Place of Business in Another State | ☐ 2 | ☐ 2 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 3 | ☐ 3 |

**IV. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

**A CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (excl Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits B
- ☐ 160 Stockholder's Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability

**A REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure B
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**A TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

- ☐ 362 Pers. Injury-Med Malpractice
- ☐ 365 Personal Injury-Prod. Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending B
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**A CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights

**B PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence Habeas Corpus
- ☐ 530 General*
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other*
- ☐ 550 Civil Rights *A or B

**FORFEITURE PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**A LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor Management Relations B
- ☐ 730 Labor Management Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Ret. Inc. Security Act B

**A BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**A PROPERTY RIGHTS**
- ☒ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**B SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS-Third Party 26b USC 7609

**A OTHER STATUTES**
- ☐ 400 States Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc. B
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities /Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions* *A or B

**V. ORIGIN** (PLACE AN X IN ONE BOX ONLY)
- ☒ 1. Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3. Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5. Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7. Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

LENGTH OF TRIAL
Via _4_ days estimated
(for both sides to try entire case)

15 U.S.C. §1125; 17 U.S.C. §501--Plaintiff is seeking monetary and injunctive relief arising from Money4Gold's and Incentaclick's blatant copyright infringement, false designation of origin, false advertising, common law unfair competition, violation of the Anti-Cyberpiracy Consumer Protection Act, and violation of the Florida Unfair and Deceptive Trade Practices Act, § 501.201 et seq.

**VII. REQUESTED IN COMPLAINT**
CHECK IF THIS IS A CLASS ACTION ☐ UNDER F.R.C.P.23

DEMAND

Check YES only if demanded in complaint
JURY DEMAND:  ☒ YES  ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions): JUDGE _____  DOCKET NUMBER _____

DATE
January 6, 2009

SIGNATURE OF ATTORNEY OF RECORD
John L. McManus
Florida Bar Number: 0119423

FOR OFFICE USE ONLY:  Receipt #_____   Amount 350.00   Applying IFP:_____   JUDGE_____   MAG JUDGE_____

545127