```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                   CASE NO. 09-60027-CIV-ZLOCH
```

GREEN BULLION FINANCIAL
SERVICES, LLC,

       Plaintiff,

vs.                                         **O R D E R**

MONEY4GOLD HOLDINGS, INC.,
and CYBERPLEX, INC., and
DOES 1-10,

       Defendant.
_____/

       THIS MATTER is before the Court upon Plaintiff Green Bullion Financial Services, LLC's Motion For Entry Of Confidentiality Order (DE 27). The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

       The Parties to this action are at a crossroads over Defendants' business practices. In connection with its presently pending Motion For Preliminary Injunction (DE 8), Plaintiff filed the Reply Declaration Of Jeff Aronson (DE 25, Ex. A) with certain sensitive information redacted from it and the Exhibits thereto. Specifically, the Declaration contains information helpful to Plaintiff's position in this litigation but also potentially helpful to competitors. Thus, Plaintiff seeks an Order from the Court requiring the Parties to keep such information confidential. Defendant Cyberplex, Inc. has agreed to the relief sought by the instant Motion. Defendant Money4Gold Holdings, Inc. has not responded to the instant Motion within the time prescribed by Local

Rule, and said failure to respond within the time allotted is, in itself, grounds for granting the same by default. S.D. Fla. L.R. 7.1.C.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. Plaintiff Green Bullion Financial Services, LLC's Motion For Entry Of Confidentiality Order (DE 27) be and the same is hereby **GRANTED**;

2. The redacted contents of the Reply Declaration Of Jeff Aronson (DE 25, Ex. A) and its attached Exhibits, as well as any statements drawn therefrom and contained in redacted form in Plaintiff's Reply (DE 24), are hereby deemed "Confidential Information";

3. No Confidential Information shall be disclosed or exhibited to any person other than (1) the Parties and their employees, agents, and representatives; (2) Counsel for the Parties and their paralegal, secretarial, and clerical employees; (3) any testifying or non-testifying expert or consultant engaged or utilized by the Parties to assist in the preparation of this case; (4) the Court; or (5) any court reporter or translator employed for purposes of deposition or other recording of testimony in this litigation, including persons operating video recording equipment at depositions;

4. The requirements in Paragraph 3 are to be maintained both

during and after the conclusion of this litigation; and

    5. Upon conclusion of this litigation, including any appeal, all Confidential Information and copies thereof and all deposition transcripts or discovery responses containing or referring to the Confidential Information shall be returned to the Party producing the same.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___24th___ day of March, 2009.

                                                    WILLIAM J. ZLOCH
                                                    United States District Judge

Copies furnished:

All Counsel of Record